THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:21-CV-00191-MOC-DCK

DANIEL RUFTY LEGAL, PLLC, d/b/a
Carolina Legal Services,

        **Plaintiff,**

   v.

JASON BLUST, LAW OFFICE OF JASON
BLUST, LLC, LIT DEF STRATEGIES,
LLC, and RELIALIT, LLC,

        **Defendants.**

## DISCLOSURE OF DEFENDANT JASON BLUST
## CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT
## FINANCIAL INTEREST IN LITIGATION

Jason Blust, who is a Defendant, makes the following disclosures:

1.    Is party a publicly held corporation or other publicly held entity?

    ( ) Yes                  ( X ) No

2.    Does party have any parent corporations?

    ( ) Yes                  ( X ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: N/A.

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes                  ( X ) No

If yes, identify such owners: N/A.

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      ( ) Yes           ( X ) No

If yes, identify entity and nature of interest: N/A.

5.  Is the party a trade association?

      ( ) Yes           ( X ) No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A.

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A.

This the 13th day of May, 2021.

    /s/ Sarah Motley Stone
Claire J. Rauscher (N.C. Bar No. 21500)
Sarah Motley Stone (N.C. Bar No. 34117)
Emily C. Doll (N.C. Bar No. 49165)
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, N.C. 28202
Tel: (704) 331-4900
Fax: (704) 331-4955
Email: Claire.Rauscher@wbd-us.com
Email: Sarah.Stone@wbd-us.com
Email: Emily.Doll@wbd-us.com

*Attorneys for Defendants Jason Blust, Law Office of Jason Blust, LLC, Lit Def Strategies, LLC, and Relialit, LLC*