UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:21-CV-00191-MOC-DCK

| | |
|---|---|
| DANIEL RUFTY LEGAL, PLLC, d/b/a Carolina Legal Services,<br><br>Plaintiff,<br><br>v.<br><br>JASON BLUST, LAW OFFICE OF JASON BLUST, LLC, LIT DEF STRATEGIES, LLC, and RELIALIT, LLC,<br><br>Defendants. | **MOTION TO DISMISS** |

Pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants move the Court to dismiss Plaintiff's complaint with prejudice. The grounds for this motion are set forth in Defendants' Memorandum of Law In Support of Their Motion to Dismiss, which is being filed contemporaneously with this Motion and is hereby incorporated by reference.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice.

This the 25th day of June 2021.

/s/ Sarah Motley Stone
Claire J. Rauscher (N.C. Bar No. 21500)
Sarah Motley Stone (N.C. Bar No. 34117)
Patrick G. Spaugh (N.C. Bar No. 49532)
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, N.C. 28202
Tel: (704) 331-4900
Fax: (704) 331-4955
Email: Claire.Rauscher@wbd-us.com
Email: Sarah.Stone@wbd-us.com
Email: Patrick.Spaugh@wbd-us.com

*Attorneys for Defendants*