# EXHIBIT 2

State of North Carolina
Department of the Secretary of State
ARTICLES OF ORGANIZATION
(PROFESSIONAL LIMITED LIABILITY COMPANY)

SOSID: 1670339
Date Filed: 2/22/2018 5:00:00 PM
Elaine F. Marshall
North Carolina Secretary of State
C2018 051 01382

Pursuant to §§ 57D-2-02, 57D-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a professional limited liability company.

1. The name of the limited liability company is: _MEG SOHMER WOOD, PLLC_

2. The name and address of each person executing these articles of organization is as follows: (*State whether each person is executing these articles of organization in the capacity of a **member or an organizer or both**). Attach additional sheets as needed.*

   **Name and Capacity** *(Capacity must be Member/Organizer or Both)*   **Business Address**

   MEG SOHMER WOOD, MEMBER/ORG.   9527 STONEY HILL LN, CHARLOTTE NC 28277

3. The street address and county of the initial registered office of the limited liability company is:

   Number and Street: _9527 STONEY HILL LANE_

   City: _CHARLOTTE_   State: _NC_   Zip Code: _28277_   County: _MECKLENBURG_

4. The *mailing address* of the initial registered office, *if different from the street address in item 3 above*, is:

   Number and Street _____

   City: _____   State: _NC_   Zip Code: _____   County: _____

5. The name of the initial registered agent is: _MEG SOHMER WOOD_

6. The specific purpose for which the limited liability company is being formed:

   _LAW OFFICE_

7. Any other provisions which the limited liability company elects to include are attached.

8. A certification by the appropriate licensing board that the membership interests of the limited liability company are in compliance with the requirements of N.C.G.S. Sections 55B-4(2) and 55B-6 is attached.

9. These articles will be effective upon filing, unless a date and/or time not later than 90 days after the date of filing is specified: ―

This the 6th day of FEBRUARY, 20 18.

_____
*Signature*

MEG SOHMER WOOD, MEMBER/ORGANIZER
*Type or Print Name and Title*

NOTES:
1. Filing fee is $125. This document must be filed with the Secretary of State.
2. Only a "professional limited liability company" may use this form. To determine whether a particular limited liability company is such a "professional limited liability company," it is necessary to examine the requirements of N.C.G.S. Sections 57D-2-02 and 55B-4. If the company does not meet those requirements, it must use the standard form for a limited liability company.

# CERTIFICATION OF REGISTRATION FOR PROFESSIONAL LIMITED LIABILITY COMPANY BY THE COUNCIL OF THE NORTH CAROLINA STATE BAR

All of the persons executing the articles of organization of <u>Meg Sohmer Wood, PLLC</u>, a Professional Limited Liability Company, have certified to the Council of the North Carolina State Bar the names and addresses of all persons who will be original members of said Professional Limited Liability Company.

Based upon that certification and my examination of the roll of attorneys licensed to practice law in the State of North Carolina, I hereby certify that each person who will be an original member of said Professional Limited Liability Company is duly licensed to practice law in the State of North Carolina.

This certificate is executed under the authority of the Council of the North Carolina State Bar, this <u>9</u>th day of <u>February</u>, <u>2018</u>.

*[signature]*

L. Thomas Lunsford, II, Secretary
The North Carolina State Bar

[This certificate is required by G.S. 55B-4(4) and G.S. 57D-2-02 and must be attached to the original Articles of Organization when filed with the Secretary of State. See regulation 3.2.2.]

PLLC-2

SEND THIS COPY TO SECRETARY OF STATE CORPORATIONS DIVISION