UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:21-CV-00191-MOC-DCK

| | |
|---|---|
| DANIEL RUFTY LEGAL, PLLC, d/b/a Carolina Legal Services, <br><br> Plaintiff, <br><br> v. <br><br> JASON BLUST, LAW OFFICE OF JASON BLUST, LLC, LIT DEF STRATEGIES, LLC, and RELIALIT, LLC, <br><br> Defendants. | **NOTICE** |

The parties notify the Court that this matter has been resolved. The parties expect that a formal stipulation of dismissal of all claims with prejudice will be filed no later than September 17, 2021.

This the 9th day of September 2021.

| | |
|---|---|
| /s/ Matthew M. Villmer <br> Bo Caudill (N.C. Bar No. 45104) <br> Matthew M. Villmer (N.C. Bar No. 48239) <br> Walton H. Walker III (N.C. Bar No. 38573) <br> WEAVER, BENNETT & BLAND, P.A. <br> 196 N. Trade St. <br> Matthews, NC 28105 <br> Tel: (704) 844-1400 <br> Fax: (704) 845-1503 <br> Email: bcaudill@wbbatty.com <br> Email: mvillmer@wbbatty.com <br><br> *Attorneys for Plaintiff* | /s/ Sarah Motley Stone <br> Claire J. Rauscher (N.C. Bar No. 21500) <br> Sarah Motley Stone (N.C. Bar No. 34117) <br> Patrick G. Spaugh (N.C. Bar No. 49532) <br> WOMBLE BOND DICKINSON (US) LLP <br> One Wells Fargo Center, Suite 3500 <br> 301 S. College Street <br> Charlotte, N.C. 28202 <br> Tel: (704) 331-4900 <br> Fax: (704) 331-4955 <br> Email: Claire.Rauscher@wbd-us.com <br> Email: Sarah.Stone@wbd-us.com <br> Email: Patrick.Spaugh@wbd-us.com <br><br> *Attorneys for Defendants* |