UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

No. 3:21-cv-191

| | |
|---|---|
| DANIEL RUFTY LEGAL, PLLC, d/b/a Carolina Legal Services, and DANIEL RUFTY,<br><br>    Plaintiffs,<br><br>v.<br><br>JASON BLUST, LAW OFFICE OF JASON BLUST, LLC, LIT DEF STRATEGIES, LLC, and RELIALIT, LLC,<br><br>    Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiffs Daniel Rufty and Daniel Rufty Legal, PLLC, d/b/a Carolina Legal Services hereby dismiss the Complaint and all claims alleged therein against Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

This 15th day of September, 2021.

                                              **WEAVER, BENNETT & BLAND, P.A.**

                                              /s/ Matthew M. Villmer
                                              Matthew M. Villmer
                                              NC Bar No. 48239
                                              mvillmer@wbbatty.com
                                              Bo Caudill
                                              NC Bar No. 45104
                                              196 N. Trade St.
                                              Matthews, NC 28105
                                              Tel: (704) 844-1400
                                              Fax: (704) 845-1503
                                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this date served all parties that have appeared in this action by filing this Notice of Voluntary Dismissal With Prejudice with the Court's CM/ECF System, which system shall send notice of such filing to their counsel of record.

This 15th day of September, 2021.

/s/ Matthew M. Villmer
Matthew M. Villmer
NC Bar No. 48239
*Counsel for Plaintiffs*